UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CARLOS ALVAREZ,

                Plaintiff,

  -against-                                      22-cv-8689 (PKC)

                                                                          ORDER

CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, POLICE OFFICER
(P.O.) ALEXIS SOTO, Shield Number 13519, (in
her individual and official capacity), P.O.
JONATHAN KATZ, (in his individual and official
Capacity), P.O. CARLOS RIVERA, (in his
individual and official capacity), P.O.
ABUHAIKAL MUHAMMAD, (in his individual
and official capacity), THE BRONX DISTRICT
ATTORNEY'S OFFICE and ASSISTANT
DISTRICT ATTORNEY JENNIFER KIM (in her
individual and official capacity),

                Defendants
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The plaintiff did not appear for today's conference and belatedly sought an adjournment of the conference. The conference will be rescheduled for April 28, 2023, at 11:30 a.m. The conference will proceed telephonically. Dial-In No.: 1-888-363-4749, Access Code: 3667981.

        SO ORDERED.

Dated: New York, New York
       April 10, 2023

                                                  P. Kevin Castel
                                          United States District Judge