

**THE CITY OF NEW YORK**

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

## LAW DEPARTMENT
**100 CHURCH STREET
NEW YORK, NY 10007**

Susan P. Scharfstein
*Special Federal Litigation Division*
*212-356-2355*
sscharfs@law.nyc.gov

April 10, 2023

Honorable P. Kevin Castel *(by ECF)*
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

The time for the conference is moved to 2 p.m. on April 28, 2023 .
SO ORDERED.
04/14/2023

_____
P. Kevin Castel
United States District Judge

Re:   Alvarez v. City of New York, et al., 22 CV 08689 (PKC)

Dear Judge Castel:

I am an attorney in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, counsel for defendants City of New York, the New York City Police Department, Alexis Soto, Jonathan Katz, Carlos Rivera, and Muhammad Abuhaikal in this action brought pursuant to 42 U.S.C. § 1983.

I write, with the consent of plaintiff's counsel, to request an adjournment of the conference set for April 28, 2023, at 11:30 a.m.  The reason for this request is that I have a previously-scheduled telephone conference in another matter pending in the Eastern District of New York that is set to begin at 12:00 p.m. on the same date, which may overlap with the current time for the conference that the Court has just scheduled in this matter.  After conferring with plaintiff's counsel, I have learned that counsel for both sides are available on April 28, 2023, between 10:30 a.m. and 11:30 a.m. and between 2:00 p.m. and 4:00 p.m.  Alternatively, counsel for both sides are available at any time on May 2, 2023, and before 12:00 p.m. on May 3, 2023.

I therefore ask that the Court reschedule this conference for one of the proposed new dates and times or as soon thereafter as is convenient for the Court.  No previous request for an adjournment of the conference has been made by any defendant.

Thank you for your time and attention to the above.

Respectfully submitted,

*Susan P. Scharfstein/s/*

Susan P. Scharfstein

- 2 -

cc: Counsel of Record *(by ECF)*