

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**CAROLYN K. DEPOIAN**
*Senior Counsel*
Phone: (212) 356-2358
Fax: (212) 356-3509
Email: cdepoian@law.nyc.gov

October 1, 2025

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*The October 8 [conf.] is VACATED.
SO ORDERED
/s/ P. Kevin Castel USDJ
10-1-25*

Re: Carlos Alvarez v. City of New York, et al.
22-CV-8689 (PKC)

Your Honor:

I am the Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and the attorney assigned to represent defendant Alexis Soto in the above-referenced matter. The parties write jointly to respectfully request an adjournment of the conference currently scheduled for October 8, 2025, sine die.

On May 8, 2025, the Court scheduled a conference for October 8, 2025, to be held following the close of fact discovery. (ECF 79). Thereafter, on August 12, 2025, the Court granted the parties' joint request to extend fact discovery until November 3, 2025. (ECF 81). The Court also extended the time for defendant to file her motion for summary judgment until 14 days following the completion of fact discovery. (Id.) Discovery is proceeding and the parties anticipate fact discovery will be complete, in accordance with the Court's Order, by November 3, 2025, and defendant anticipates filing a pre-motion conference letter regarding her motion for summary judgment within 14 days thereafter, or by November 17, 2025.

Because there are no issues requiring the Court's attention at this time, and because the October 8, 2025 conference was scheduled prior to the last request for an extension of fact discovery, the parties jointly respectfully request that the October 8, 2025 conference be adjourned sine die.

- 2 -

The parties thank the Court for its time and attention to this matter.

Respectfully submitted,

/s *Carolyn K. Depoian*
Carolyn K. Depoian
Senior Counsel

cc:  *Counsel for plaintiff*