UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS ALVAREZ.,

Plaintiff,

-against-

ALEXIS SOTO.,

Defendants.

22 CIVIL 08689 (PKC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated August 20, 2026, Soto's motion is GRANTED. Alvarez's cross motion is DENIED.

**Dated:** New York, New York
August 21, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**